**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. ______________________________ -CV-________________________________________**
(Judge's Last Name/Magistrate's Last Name)

Sharon A. McTurk,
Rutherford Enterprises, LLC,
SJB Solutions, LLC, and
Astra Supply Chain, LLC,

Plaintiffs

vs.

Lottery.com, Inc., and
Matthew McGahan

Defendants.

**NOTICE OF REMOVAL**

The "Action": Case Number: CACE-24-006003 Division: 08; In the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (the "State Court"); and Styled: *Sharon A. McTurk, Rutherford Enterprises, LLC, SJB Solutions, LLC, and Astra Supply Chain, LLC*, Plaintiffs vs. *Lottery.com, Inc., and Matthew McGahan*, Defendants.

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Lottery.com, Inc. and Matthew McGahan file this *Notice of Removal* and remove the Action from the State Court to this Court (the district court of the United States for the district and division embracing the place where such action is pending).

Short and plain statement of the grounds for removal: This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) because the State Court Action is a civil dispute between citizens of different states and countries and the matter in controversy exceeds the sum or value

of $75,000, exclusive of interest and costs. *See* Complaint at ¶ ¶ 16, 17, and 27 for the sum demanded in in the initial pleading. The parties' citizenship is:

| | |
|---|---|
| **Plaintiffs** | |
| Sharon A. McTurk: | Citizenship: Florida |
| Rutherford Enterprises, LLC: | Citizenship: Florida |
| SJB Solutions, LLC: | Citizenship: Florida |
| Astra Supply Chain, LLC: | Citizenship: Florida |
| | |
| **Defendants** | |
| Lottery.com, Inc.: | Citizenship: Delaware (State of Incorporation) & Texas (Principal Place of Business) |
| Matthew McGahan | Citizenship: United Kingdom |

As required by 28 U.S.C. § 1446(d), promptly after the filing of this *Notice of Removal*, Defendants will give written notice thereof to all adverse parties and shall file a copy of the *Notice of Removal* with the clerk of the State Court.

Pursuant to 28 U.S.C. § 1446(a), this Notice is signed pursuant to Fed. R. Civ. P. 11 and attaches a copy of all process, pleadings, and orders served upon Defendants in the Action. Pursuant to the Clerk's *General Civil Filing Requirements*, 5H, p. 17 (S.D. Fla. August 28, 2019) ("In addition, file an original Notice of Removal with the State Court documents attached."), certified copies of all documents contained in the State Court file, with a copy of the docket sheet, are attached as Exhibit 1.

Dated: June 10, 2024

Respectfully submitted,

By: /s/ *Jason R. Alderman*
Jason R. Alderman
Florida Bar No. 172375
Attorney E-mail Address:
jalderman@thealdermanlawfirm.com
Troy A. Tolentino
Florida Bar No. 117981
Attorney E-mail Address:

ttolentino@thealdermanlawfirm.com
THE ALDERMAN LAW FIRM
9999 NE 2nd Avenue, Suite 211
Miami Shores, Florida 33138
Telephone: 305-200-5473
Facsimile: 305-200-5474

Attorneys for Defendants Lottery.com, Inc.
and Matthew McGahan

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by the Court's CM/ECF electronic filing system by e-mail on June 10, 2024, on all counsel of record on the Service List below.

By: /s/ *Jason R. Alderman*

## SERVICE LIST

Matias Rafael Dorta
DORTA LAW
334 Minorca Avenue
Coral Gables, FL 33134
Attorney E–mail Address: mrd@dortalaw.com
Telephone: 305-441-2299
Facsimile: 305-441-8849
Attorney for Plaintiffs