# EXHIBIT 1

Sharon A. Mcturk, et al Plaintiff vs. Lottery.com, Inc., et al Defendant

**Broward County Case Number:** CACE24006003
**State Reporting Number:** 062024CA006003AXXXCE
**Court Type:** Civil
**Case Type:** Other
**Incident Date:** N/A
**Filing Date:** 05/01/2024
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Haimes, David A.

## − Party(ies)

Total: 6

| Party Type | Party Name | Address | ❓Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Mcturk, Sharon A.** | | ★ Dorta, Matias Rafael<br>Retained<br>Bar ID: 770817<br>DORTA LAW<br>334 MINORCA AVENUE<br>CORAL GABLES, FL 33134<br>**Status: Active** |
| Plaintiff | **Rutherford Enterprises, LLC** | | ★ Dorta, Matias Rafael<br>Retained<br>Bar ID: 770817<br>DORTA LAW<br>334 MINORCA AVENUE<br>CORAL GABLES, FL 33134<br>**Status: Active** |
| Plaintiff | **SJB Solutions, LLC** | | ★ Dorta, Matias Rafael<br>Retained<br>Bar ID: 770817<br>DORTA LAW<br>334 MINORCA AVENUE<br>CORAL GABLES, FL 33134<br>**Status: Active** |
| Plaintiff | **Astra Supply Chain, LLC** | | ★ Dorta, Matias Rafael<br>Retained<br>Bar ID: 770817<br>DORTA LAW<br>334 MINORCA AVENUE<br>CORAL GABLES, FL 33134<br>**Status: Active** |
| Defendant | **Lottery.com, Inc.** | | ★ Alderman, Jason<br>Retained<br>Bar ID: 172375<br>The Alderman Law Firm<br>9999 NE 2nd Ave<br>Suite 211<br>Miami Shores, FL 33138<br>**Status: Active**<br><br>Tolentino, Troy Anthony<br>Retained<br>Bar ID: 117981<br>The Alderman Law Firm<br>9999 NE 2nd Ave Ste 211<br>Miami Shores, FL 33138<br>**Status: Active** |

| Party Type | Party Name | ❓ Address | 📍 Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Mcgahan, Matthew** | | ★ Alderman, Jason Retained Bar ID: 172375 The Alderman Law Firm 9999 NE 2nd Ave Suite 211 Miami Shores, FL 33138 **Status: Active** <br><br> Tolentino, Troy Anthony Retained Bar ID: 117981 The Alderman Law Firm 9999 NE 2nd Ave Ste 211 Miami Shores, FL 33138 **Status: Active** |

### ➖ Disposition(s)

Total: 0

| Date | Statistical Closure(s) | |
|---|---|---|
| Date | Disposition(s) | View / Pages |

### ➖ Collection(s)

Total: 0

**There is no Collection information available for this case.**

### ➖ Event(s) & Document(s)

Total: 11

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 06/06/2024 | **Order Extending Time** | | 📄/2 |
| 05/30/2024 | **Notice of Appearance** | Party: *Attorney* Dorta, Matias Rafael *Attorney* Dorta, Matias Rafael *Attorney* Dorta, Matias Rafael *Attorney* Dorta, Matias Rafael *Defendant* Lottery.com, Inc. *Defendant* Mcgahan, Matthew | 📄/2 |
| 05/30/2024 | **Motion for Extension of Time** | DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT Party: *Attorney* Dorta, Matias Rafael *Attorney* Dorta, Matias Rafael *Attorney* Dorta, Matias Rafael *Defendant* Lottery.com, Inc. *Defendant* Mcgahan, Matthew | 📄/3 |
| 05/29/2024 | **Motion for Default** | | 📄/2 |
| 05/15/2024 | **Summons Returned Served** | 05/13/2024 at 2:48 PM Party: *Defendant* Lottery.com, Inc. | 📄/2 |
| 05/14/2024 | **Summons Returned Served** | 05/08/2024 at 8:35 PM | 📄/2 |
| 05/02/2024 | **eSummons Issuance** | LOTTERY.COM, INC | 📄/1 |
| 05/02/2024 | **eSummons Issuance** | MATTHEW MCGAHAN | 📄/1 |
| 05/01/2024 | **Per AOSC20-23 Amd12, Case is determined General** | | |
| 05/01/2024 | **Civil Cover Sheet** | Amount: $100,001.00 | 📄/3 |
| 05/01/2024 | **Complaint (eFiled)** | Party: *Attorney* Dorta, Matias Rafael *Attorney* Dorta, Matias Rafael *Attorney* Dorta, Matias Rafael *Attorney* Dorta, Matias Rafael *Plaintiff* Mcturk, Sharon A. *Plaintiff* Rutherford Enterprises, LLC *Plaintiff* SJB Solutions, LLC *Plaintiff* Astra Supply Chain, LLC | 📄/8 |

### ➖ Hearing(s)

Total: 0

There is no Disposition information available for this case.

**–** Related Case(s)                                                                                      Total: 0

**There is no related case information available for this case.**

Case Number: CACE-24-006003 Division: 08
Filing # 197397676 E-Filed 05/01/2024 01:35:20 PM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

## I.     CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Sharon A. McTurk, Rutherford Enterprises, LLC, SJB Solutions, LLC, Astra Supply Chain, LLC</u>
Plaintiff                                                     Case # _____
                                                             Judge _____

vs.
<u>Lottery.com, Inc., Matthew McGahan</u>
Defendant

## II.     AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

## III.     TYPE OF CASE       (If the case fits more than one type of case,   select the most
definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 05/01/2024 01:35:19 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:19 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Unique Code : CAA-FAA-BCABB-HJEJJHE-JCCBJC-C Page 1 of 3

Unique Code : CAA-FAA-BCABB-HJEJJHE-JCCBJC-C Page 2 of 3

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

Unique Code : CAA-FAA-BCABB-HJEJJHE-JCCBJC-C Page 3 of 3

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  4

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Matias Rafael Dorta        Fla. Bar # 770817
       Attorney or party                  (Bar # if attorney)

Matias Rafael Dorta            05/01/2024
   (type or print name)           Date

Filing # 197397676 E-Filed 05/01/2024 01:35:20 PM

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

SHARON A. MCTURK,
RUTHERFORD ENTERPRISES, LLC,
SJB SOLUTIONS, LLC, and ASTRA
SUPPLY CHAIN, LLC

    Plaintiffs,

vs.

LOTTERY.COM, INC., and MATTHEW
MCGAHAN

    Defendants.

_____/

## COMPLAINT

Plaintiffs, SHARON A. MCTURK, RUTHERFORD ENTERPRISES, LLC, SJB

SOLUTIONS, LLC, and ASTRA SUPPLY CHAIN, LLC, sue Defendants, LOTTERY.COM,

INC., and MATTHEW MCGAHAN, and allege:

### JURISDICTION, PARTIES AND VENUE

1.    This is an action for damages greater than $50,000 and within the jurisdiction

of this Court.

2.    Plaintiff, Sharon A. McTurk, is a resident of Broward County, Florida.

3.    Plaintiff, Rutherford Enterprises, LLC ("Rutherford"), is a Florida Limited

Liability Company, with its principal place of business in Broward County.

4.    Plaintiff, SJB Solutions, LLC ("SJB"), is a Florida Limited Liability Company,

with its principal place of business in Broward County.

5.    Plaintiff, Astra Supply Chain, LLC ("Astra"), is a Florida Limited Liability

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:24 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Company, with its principal place of business in Broward County.[1]

6.    Defendant, Lottery.com, Inc., ("Lottery.com") is a Delaware Corporation with its principal offices in Texas.

7.    Defendant, Matthew McGahan, is a resident of Boca Raton, Florida, and the Chairman of the Board and Chief Executive Officer of Lottery.com

8.    Lottery.com and McGahan are subject to personal jurisdiction in this forum because they committed wrongs in this state by engaging in fraudulent conduct in this state, aiding and abetting and conspiring with a Florida resident to defraud Plaintiffs, a Florida resident and Florida entities, in this state. Further, McGahan is a Florida resident.

9.    Venue is proper in Broward County because the wrongs alleged herein occurred in Broward County, where Plaintiffs were defrauded.

10.    All conditions precedent to filing this action have been performed or have occurred.

## GENERAL ALLEGATIONS

11.    Sharon A. McTurk is the managing member or president of the Plaintiff Entities.

12.    Ronald Farah was a resident of Boca Raton, Florida at all times relevant to this action.

13.    Ronald Farah told McTurk that he had a fantastic investment opportunity with Lottery.com.

14.    After explaining the opportunity and the business of Lottery.com, Farah told McTurk that Lottery.com needed financing and in exchange she would receive shares of Lottery.com at below market price.

15.    Rutherford and SJB were advancing funds to Farah so he can travel to

---

[1] Rutherford, SJB and Astra will be referred to collectively as the Plaintiff Entities.

Europe in furtherance of Lottery.com related business and to pay expenses for Lottery.com.

16.    On September 19, 2022, at the direction of Farah, and to pay expenses of Lottery.com, Astra transferred $500,000 to SAS Management. At the time, SAS Management was owned and controlled by Sohail Quraeshi, the CEO of Lottery.com.

17.    Lottery.com used $75,000 for expenses, including payroll, and the balance was eventually transferred to an account in London controlled by Woodford Eurasia Assets, LTD., ("Woodford").

18.    In or about September 2022, Woodford entered an agreement with Lottery.com to provide financing and in December 2022, entered into a credit facility agreement with Lottery.com to provide funding up to $50 million.

19.    Apparently, unable to fulfill its obligations to Lottery.com and Lottery.com still in need of funds to cover expenses, Farah joined forces with Lottery.com and McGahan, who was the Chairman of Lottery.com, to issue a letter to obtain more funds from the Plaintiffs.

20.    Farah asked McTurk to form SMRF Holdings, LLC, wherein McTurk and Farah would be co-owners to effectuate the receipt of the Lottery.com shares Farah had been promising McTurk. SMRF Holdings was formed by McTurk.

21.    At Farah's direction, McGahan signed the letter, attached hereto as Exhibit A, (the "Letter"), and provided it to Farah so he could use it to obtain additional funding.

22.    After McGahan sent the signed Letter for Farah, McGahan asked Farah, "if the letters worked."

23.    The Letter did work as intended – it was shared with McTurk and McTurk, individually, and the Plaintiffs Entities provided more funds to Farah for Lottery.com.

24.    Farah would direct McTurk where to send the funds all based on

representations that the funds would be for Lottery.com and she would get Lottery.com shares in return.

25.    Farah passed away on September 1, 2023.

26.    Thereafter, Lottery.com took the position that, although it received funds directly or indirectly from Plaintiffs, the promise of shares in return was a fraud perpetuated by Farah.

27.    In total, the Plaintiffs transferred approximately $1.9 million at Farah's direction related to Lottery.com.

## COUNT I

## FRAUDULENT MISREPRESENTATION

28.    Plaintiffs reallege the allegations set forth in paragraphs 1 through 27 above, as if set forth herein.

29.    McGahan, individually, and as Chairman of Lottery.com, knew that Farah was obtaining funds from third parties to meet Lottery.com's financial needs.

30.    McGahan, at the direction of Farah, executed the Letter attached as Exhibit A to induce McTurk and others to continue providing funds that would eventually reach Lottery.com, knowing that shares would not be issued to McTurk, the Plaintiff Entities, or any entity created by McTurk, such as SMRF.

31.    McGahan, individually, and as Chairman of Lottery.com, knew the Letter was false as Farah was not providing services to Lottery.com that would allow for the issuance of shares and that the recipients of that Letter, including McTurk, would rely on the Letter to provide funds.

32.    McTurk, individually, and on behalf of the Plaintiff Entities, relied on the letter to continue advancing funds resulting in damage to the Plaintiffs.

4

Unique Code : CAA-FAA-BCABB-HJEJJIG-JCCBJD-E Page 5 of 8

**WHEREFORE**, Plaintiffs demand judgment for damages against McGahan, individually, and Lottery.com, jointly and severally, costs and such further relief as the Court deems just and proper.

**COUNT II**

**NEGLIGENT MISREPRESENTATION**

33.     Plaintiffs realleg the allegations set forth in paragraphs 1 through 27 above, as if set forth herein.

34.     McGahan, individually, and as Chairman of Lottery.com made a misrepresentation of fact that he believed to be true but was in fact false with the Letter provided at the direction of Farah.

35.     McGahan, individually, and as Chairman of Lottery.com was negligent in making the statements in the Letter because he should have known Farah was not providing any services and no shares would be issued as represented in the Letter.

36.     McGahan, individually, and as Chairman of Lottery.com intended that the recipients of the Letter, including McTurk, would rely on the misrepresentation.

37.     Plaintiffs were injured acting in justifiable reliance upon the misrepresentation.

**WHEREFORE,** Plaintiffs demand a judgment for damages against McGahan, individually, and Lottery.com, jointly and severally, costs and such further relief as the Court deems just and proper.

**COUNT III**

**AIDING AND ABETTING**

38.     Plaintiffs realleg the allegations set forth in paragraphs 1 through 27 above, as if set forth herein.

39.     An underlying fraud existed – the Plaintiffs were harmed by the fraud

5

committed by Farah. McGahan, individually and as Chairman of Lottery.com, provided Farah with the Letter to induce the recipients of the Letter to provide funds as directed by Farah, which funds would eventually go directly or indirectly to Lottery.com or to pay expenses of Lottery.com. McGahan, individually, and as Chairman of Lottery.com, aided and abetted this fraud because McGahan knew Farah needed the Letter to induce others to provide funds to be used by Lottery, and the Letter was used to induce McTurk and the Plaintiff Entities to transfer funds as directed by Farah.

40.     McGahan and Lottery.com knew of the existence of the underlying fraud being committed by Farah.

41.     McGahan and Lottery.com gave substantial assistance or encouragement to advance the commission of the fraud by affirmatively assisting.

42.     The conduct of McGahan and Lottery.com was a substantial factor in causing harm to Plaintiffs.

43.     The assistance of McGahan and Lottery.com was the legal cause of the damage suffered by Plaintiffs.

**WHEREFORE**, Plaintiffs demand a judgment for damages against McGahan, individually, and Lottery.com, jointly and severally, costs and such further relief as the Court deems just and proper.

**COUNT IV**

**CONSPIRACY**

44.     Plaintiffs reallege the allegations set forth in paragraphs 1 through 27 above, as if set forth herein.

45.     McGahan and Lottery.com engaged in an unlawful act by unlawful means, including by signing the Letter they knew and intended would be used to induce the recipients to transfer funds to Farah, who would then transfer money directly or indirectly to

6

Lottery.com.

46.    McGahan and Lottery.com committed overt acts in pursuance of the conspiracy, including signing the Letter requested by Farah, intending it to be provided to individuals, such as McTurk, to induce them to transfer money as directed by Farah. The Letter was provided to McTurk to induce the Plaintiffs to transfer money as directed by Farah which would directly or indirectly reach Lottery.com or pay Lottery.com's expenses directly.

47.    Plaintiffs were damaged because of the conspiracy.

**WHEREFORE**, Plaintiffs demand a judgment for damages against McGahan, individually, and Lottery.com, jointly and severally, costs and such further relief the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand trial by jury on all issues and matters triable by jury as a matter of right.

Dated <u>May 1, 2024</u>

                        DORTA LAW
                        334 Minorca Avenue
                        Coral Gables, Florida 33134
                        Telephone:  305-441-2299
                        Telecopier:  305-441-8849
                        mrd@dortalaw.com
                        sgutierrez@dortalaw.com

                    By:    /s/ Matias R. Dorta
                        MATIAS R. DORTA
                        Florida Bar No. 770817

7

Unique Code : CAA-FAA-BCABB-HJEJJIG-JCCBJD-E Page 8 of 8

# Lottery.com

December 8, 2022

SMRF Holdings, LLC
11971 NW 37th Street
Coral Springs, FL 33065
*Via e-mail to:* _____

**Re:**   **Issuance of Common Stock Shares in Lottery.com, Inc.**

Dear _____:

In accordance with the agreed terms and conditions for your work or services to Lottery.com, Inc. (the "Company"), Company shall issue SMRF Holdings, LLC 3,000,000 common stock shares of Company, subject to: a) Company meeting all listing rules set forth by Nasdaq; b) issuance of shares does not cause the Company to violate any Nasdaq or U.S. Securities and Exchange Commission (SEC) requirements with respect to corporate governance or shareholder approval (if required); and c) approval by Company's Board of Directors and Compensation Committee for said issuance of shares.

Should you have any questions, please do not hesitate to contact me directly via email at matthew.mcgahan@lottery.com or by phone at +44 7774 2210000.

Respectfully,

Matthew McGahan, Chairman
Lottery.com, Inc.

**EXHIBIT**

A

Filing # 197457471 E-Filed 05/02/2024 09:19:22 AM

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

GENERAL JURISDICTION DIVISION

SHARON A. MCTURK,
RUTHERFORD ENTERPRISES, LLC,
SJB SOLUTIONS, LLC, and ASTRA
SUPPLY CHAIN, LLC

CASE NO. CACE-24-006003

cace 24-6003

      Plaintiffs,

vs.

LOTTERY.COM, INC., and MATTHEW
MCGAHAN

      Defendants.

_____/

**THE STATE OF FLORIDA:**

**To Each Sheriff of Said State:**

      **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this action on defendant:

            **LOTTERY.COM, INC.**
            **c/o Registered Agent: The Corporation Trust Company**
            **Corporation Trust Company Center 1209 Orange Street**
            **Wilmington, DE 19801**

      Each defendant is required to serve written defenses to the complaint on Plaintiff's attorney, DORTA LAW, whose address is:

            334 Minorca Avenue
            Coral Gables, Florida 33134
            Telephone: 305-441-2299
            Telecopier: 305- 441-8849

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

MAY 02 2024

**BRENDA D. FORMAN,**
**as Clerk of said Court**

By: _____

      as Deputy Clerk

BRENDA D. FORMAN

*** FILED: BROWARD COUNTY, FL. BRENDA D. FORMAN, CLERK 05/02/2024 09:19:21 AM.****


I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:29 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Unique Code : CAA-FAA-BCABB-HJFCADDJ-JCCBJE-H Page 1 of 1

Filing # 197457471 E-Filed 05/02/2024 09:19:22 AM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

SHARON A. MCTURK,
RUTHERFORD ENTERPRISES, LLC,
SJB SOLUTIONS, LLC, and ASTRA
SUPPLY CHAIN, LLC

CASE NO. CACE-24-006003

CACE-24-006003

    Plaintiffs,
vs.

LOTTERY.COM, INC., and MATTHEW MCGAHAN

    Defendants.
_____/

**THE STATE OF FLORIDA:**

**To Each Sheriff of Said State:**

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this action on defendant:

        **MATTHEW MCGAHAN**
        **21677 El Bosque Way**
        **Boca Raton, FL 33428**

    Each defendant is required to serve written defenses to the complaint on Plaintiff's attorney, DORTA LAW, whose address is:
        334 Minorca Avenue
        Coral Gables, Florida 33134
        Telephone: 305-441-2299
        Telecopier: 305- 441-8849

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

MAY 02 2024

**BRENDA D. FORMAN,**
**as Clerk of said Court**

By: _____
        as Deputy Clerk

BRENDA D. FORMAN


I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:34 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL 33301

Unique Code : CAA-FAA-BCABB-HJFCADEB-JCCBJF-A Page 1 of 1

Filing # 198318267 E-Filed 05/14/2024 06:47:59 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

**SHARON A. MCTURK, RUTHERFORD
ENTERPRISES, LLC , SJB SOLUTIONS, LLC AND
ASTRA SUPPLY CHAIN, LLC**

            Plaintiff,

vs.

**LOTTERY.COM,INC. AND MATTHEW MCGAHAN**

            Defendant.

_____/

**Case No.: CACE-24-006003**

**VERIFIED RETURN OF SERVICE**



*951653*

Pursuant to the request of **DORTA LAW**, received this process on **05/03/2024** at **12:07 AM** to be served upon:

**MATTHEW MCGAHAN**

   ss.

I, **IVANA LINIC**, depose and say that:
On **05/08/2024** at **8:35 PM**, I served the within **SUMMONS // COMPLAINT** on **MATTHEW MCGAHAN** at **21677 EL BOSQUE WAY, Boca Raton, FL 33428** in the manner indicated below:

**INDIVIDUAL SERVICE: - F.S. 48.031 (1)(a):** By delivering to the within named person a true copy of this process with the date and hour of service endorsed thereon by me, and a copy of the complaint, petition or other initial pleading or paper (if any) and informing the person of the contents.

Comments/Prev. Attempts: **Rush Service has been attempted at various times of the morning, afternoon and evening in an effort to effectuate service on the named defendant at the given address: 21677 EL BOSQUE WAY, Boca Raton, FL 33428 The property is gated, Access is granted through a call box that is NOT operational. A paper sign is taped to the box with instructions to leave any packages over the gate. No response or activity have been noted despite repeated honking. No vehicles have ever been observed. A private investigator did observe two vehicles inside the premises on May 8, 2024 Defendant was possibly driving a White Yukon. This process server re-attempted service on May 8, 2024 in the early evening at the residence. No vehicles were observed. Surveillance was conducted from the entrance road. This process server observed the White Yukon drive to the end of the road stopping at the call box. This p.s. drove up and exited as the driver was attempting to enter the code with his window open. This p.s. was able to identify the defendant with a photograph provided by the this office. This p.s. identified herself, read the contents and handed the summons and complaint to the defendant advising him that he was served. Once the gate opened, the defendant threw the papers out the window and drove inside quickly. This process server departed without any further incident.**

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served or am otherwise duly authorized to have served process in the jurisdiction where process was served.

Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.



X
_____
**IVANA LINIC** - Cert/Appt#: 3053
Notary Not Required Pursuant To F.S. 92.525.
JOSE H. MEJIA P.I.; 161 BENTLEY DR.; MIAMI SPRINGS, FL 33166; 3057973992

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:39 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

**Unique Code : CAA-FAA-BCABB-HJIAJICD-JCCBJG-H Page 2 of 2**

Filing # 197457471 E-Filed 05/02/2024 09:19:22 AM

Delivered: 05/08/2024 at 08:35 PM

**RUSH**

3053

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. CACE-24-006003

SHARON A. MCTURK, RUTHERFORD ENTERPRISES, LLC, SJB SOLUTIONS, LLC, and ASTRA SUPPLY CHAIN, LLC

CACE-24-006003

     Plaintiffs,

vs.

LOTTERY.COM, INC., and MATTHEW MCGAHAN

     Defendants.

_____/

**THE STATE OF FLORIDA:**

**To Each Sheriff of Said State:**

     **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this action on defendant:

     **MATTHEW MCGAHAN**
     **21677 El Bosque Way**
     **Boca Raton, FL 33428**

     Each defendant is required to serve written defenses to the complaint on Plaintiff's attorney, DORTA LAW, whose address is:

     334 Minorca Avenue
     Coral Gables, Florida 33134
     Telephone: 305-441-2299
     Telecopier: 305- 441-8849

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

MAY 02 2024

**BRENDA D. FORMAN,**
**as Clerk of said Court**

By: _____

as Deputy Clerk

9 5 1 6 5 3



BRENDA D. FORMAN

Filing # 198375712 E-Filed 05/15/2024 01:18:39 PM

Unique Code : CAA-FAA-BCABB-HJIEJHHI-JCCBJH-D Page 1 of 2

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

**SHARON A. MCTURK, RUTHERFORD ENTERPRISES, LLC , SJB SOLUTIONS, LLC AND ASTRA SUPPLY CHAIN, LLC**

        Plaintiff,

vs.

**LOTTERY.COM,INC. AND MATTHEW MCGAHAN**

        Defendant.

_____/

**Case No.: CACE-24-006003**

**AFFIDAVIT OF SERVICE**



*951697*

Pursuant to the request of **DORTA LAW**, received this process on **05/09/2024** at **10:07 AM** to be served upon:

**LOTTERY.COM,INC. c/o REGISTERED AGENT: THE CORPORATION TRUST COMPANY**

STATE OF FLORIDA
COUNTY OF BROWARD    ss.

I, **MARK C. TRIMBLE**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **05/13/2024** at **2:48 PM**, I served the within **SUMMONS // COMPLAINT** on **LOTTERY.COM,INC. c/o REGISTERED AGENT: THE CORPORATION TRUST COMPANY** at **1209 ORANGE STREET, Wilmington, DE 19801** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of this process to **ROBIN BANKS, INTAKE SPECIALIST FOR CT CORP** of the above named corporation and informing him/her of the contents.

I hereby certify that I am not a party to the above action or suit and I am over the age of 18 years.

X _____

**MARK C. TRIMBLE**
Cert/Appt#: DE License # 19-219-C
JOSE H. MEJIA P.I.
161 BENTLEY DR.
MIAMI SPRINGS, FL 33166
3057973992

Signed and sworn to before me on
this _15th_ day of _May_ , 20_24_
by an affiant who is personally known to me
or produced identification.

_____
Notary Public



PEGGY CUSHING
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 04-14-2024

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 05/15/2024 01:18:39 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY

Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:43 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Unique Code : CAA-FAA-BCABB-HJIEJHHI-JCCBJH-D Page 2 of 2

| Delivered: 05/13/2024 at 02:48 PM | | |
|---|---|---|
| Link: | Name: | DE License # 19-219-C |

Filing # 197457473 E-Filed 05/02/2024 09:19:22 AM

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

GENERAL JURISDICTION DIVISION

SHARON A. MCTURK,
RUTHERFORD ENTERPRISES, LLC,
SJB SOLUTIONS, LLC, and ASTRA
SUPPLY CHAIN, LLC

CASE NO. CACE-24-006003

cace 24-6003

     Plaintiffs,

vs.

LOTTERY.COM, INC., and MATTHEW
MCGAHAN

     Defendants.

_____/

**THE STATE OF FLORIDA:**

**To Each Sheriff of Said State:**

     **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this action on defendant:

     **LOTTERY.COM, INC.**
     **c/o Registered Agent: The Corporation Trust Company**
     **Corporation Trust Company Center 1209 Orange Street**
     **Wilmington, DE 19801**

     Each defendant is required to serve written defenses to the complaint on Plaintiff's attorney, DORTA LAW, whose address is:

          334 Minorca Avenue
          Coral Gables, Florida 33134
          Telephone: 305-441-2299
          Telecopier: 305- 441-8849

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint.

MAY 02 2024

**BRENDA D. FORMAN,**
**as Clerk of said Court**

By: _____

as Deputy Clerk



BRENDA D. FORMAN

Filing # 199391878 E-Filed 05/29/2024 03:02:21 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

SHARON A. MCTURK,
RUTHERFORD ENTERPRISES, LLC,
SJB SOLUTIONS, LLC, and ASTRA
SUPPLY CHAIN, LLC

CASE NO. CACE-24-006003

       Plaintiffs,

vs.

LOTTERY.COM, INC., and MATTHEW
MCGAHAN

       Defendants.

_____/

## <u>MOTION FOR CLERK'S DEFAULT</u>

       Plaintiff moves for entry of a default by the clerk against Defendant, Matthew McGahan, for failure to serve any document on the undersigned or file any document as required by law.

Dated on May 29, 2024.

       DORTA LAW
       334 Minorca Avenue
       Coral Gables, Florida 33134
       Telephone: 305-441-2299
       Telecopier: 305-441-8849
       mrd@dortalaw.com
       sgutierrez@dortalaw.com

       By: /s/ Matias R. Dorta
       MATIAS R. DORTA
       Florida Bar No. 770817
       GONZALO R. DORTA
       Florida Bar No. 650269

Unique Code : CAA-FAA-BCABB-IABFGEFE-JCCBJI-E Page 1 of 2

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 05/29/2024 03:02:19 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:48 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

IN THE CIRCUIT COURT OF THE
SEVENTEENTH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY,
FLORIDA

GENERAL JURISDICTION DIVISION

SHARON A. MCTURK,                          CASE NO. CACE-24-006003
RUTHERFORD ENTERPRISES, LLC,
SJB SOLUTIONS, LLC, and ASTRA
SUPPLY CHAIN, LLC

     Plaintiffs,
vs.

LOTTERY.COM, INC., and MATTHEW
MCGAHAN

     Defendants.
_____/

## **DEFAULT**

     A default is entered in this action against the Defendant, Matthew McGahan, named

in the foregoing motion for failure to serve or file any document as required by law.

Dated on _____.

               CLERK OF THE CIRCUIT COURT

               By:_____

               DEPUTY CLERK

2

Unique Code : CAA-FAA-BCABB-IABFGEFE-JCCBJI-E Page 2 of 2

Filing # 199446896 E-Filed 05/30/2024 10:13:43 AM

Unique Code : CAA-FAA-BCABB-IACBBGED-JCCBJJ-D Page 1 of 2

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY FLORIDA**

SHARON A. MCTURK; RUTHERFORD
ENTERPRISES, LLC; and, ASTRA
SUPPLY CHAIN, LLC,

        Plaintiffs,

v.

LOTTERY.COM, INC.; and, MATTHEW
MCGAHAN,

        Defendants.

Case No.:   CACE-24-006003

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that attorneys Jason R. Alderman, Esq., and Troy A. Tolentino, Esq., of The Alderman Law Firm, hereby give notice of appearance for Defendants, LOTTERY.COM, INC. and MATTHEW MCGAHAN.

Pursuant to Florida Rules of Judicial Administration 2.516(b)(1) the undersigned law firm hereby designates the following primary and secondary email addresses:

| | |
|---|---|
| Primary e-mail: | jalderman@thealdermanlawfirm.com |
| Primary e-mail: | ttolentino@thealdermanlawfirm.com |
| Secondary e-mail: | service@thealdermanlawfirm.com |

Counsel respectfully requests that all orders, pleadings, and correspondence be served on The Alderman Law Firm at the address below.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 05/30/2024 10:13:40 AM ****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:53 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Unique Code : CAA-FAA-BCABB-IACBBGED-JCCBJJ-D Page 2 of 2

Respectfully submitted,

THE ALDERMAN LAW FIRM
*Attorneys for Lottery.com, Inc. and*
*Matthew McGahan*
9999 NE 2nd Avenue, Suite 211
Miami Shores, Florida 33138
Telephone: 305-200-5473
Facsimile: 305-200-5474
E-Mail:    jalderman@thealdermanlawfirm.com
           ttolentino@thealdermanlawfirm.com

By: */s/ Jason R. Alderman*
    Jason R. Alderman
    Florida Bar No. 172375
    Troy A. Tolentino
    Florida Bar No. 117981

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Florida E-portal to all persons registered to receive service on this case, on this 30th day of May 2024.

By: */s/ Jason R. Alderman*
    Jason R. Alderman

Filing # 199446896 E-Filed 05/30/2024 10:13:43 AM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY FLORIDA**

SHARON A. MCTURK; RUTHERFORD
ENTERPRISES, LLC; and, ASTRA
SUPPLY CHAIN, LLC,

        Plaintiffs,

v.

LOTTERY.COM, INC.; and, MATTHEW
MCGAHAN,

        Defendants.

Case No.:   CACE-24-006003

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT**

Defendants, Lottery.com, Inc. ("Lottery.com") and Matthew McGahan ("M. McGahan") (collectively, "Defendants"), move this Court for an extension of time, through and including Thursday, June 27, 2024, in which to respond to the Complaint. The grounds for this Motion ensue.

1.       Through this Motion, Defendants seek an extension of time, through and including Thursday, June 27, 2024, in which to respond to the Complaint based upon the fact that undersigned counsel was recently retained in this matter and lead trial counsel, Jason R. Alderman, is out of the country attending the Florida Bar, Small Law Firm Section CLE retreat.

2.       On May 1, 2024, Plaintiffs initiated this action by filing their four-count Complaint. Accepting the returns of service as true solely for purposes of this Motion, Lottery.com's deadline to respond to the Complaint is June 3, 2024, and M. McGahan's deadline was May 28, 2024.

3.       Due to undersigned counsel's recent retention in this matter, undersigned counsel being out of the country, and the press of business, Defendants are in need of an extension of time, through and including, Thursday, June 27, 2024, in which to respond to the Complaint.

**The Alderman Law Firm**
9999 NE 2nd Ave., Suite 211 ● Miami Shores, FL 33138 ● ph. 305.200.5473 ● fax. 305.200.5474
4885-8298-8994, v. 1

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 05/30/2024 10:13:40 AM ****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:03:58 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

Unique Code : CAA-FAA-BCABB-IACBBGFB-JCCCAA-C Page 1 of 3

Unique Code : CAA-FAA-BCABB-IACBBGFB-JCCCAA-C Page 2 of 3

Specifically, undersigned counsel left on May 21, 2024, to Spain to attend the Florida Bar, Small Law Firm Section CLE retreat. This out-of-country trip had been planned for at least seven (7) months. Undersigned Counsel is a guest CLE presenter at the retreat. Prior to his departure, Undersigned Counsel was consumed with trial preparations and trial in the matter of In re: 7233 Los Pinos, LLC, Case No. 24-12797-RAM, in the United States Bankruptcy Court for the Southern District of Florida. Accordingly, good cause exists for the granting of the extension sought given the foregoing.

4.      This Motion is brought in good faith and not for purposes of delay.

5.      No party will be prejudiced by the granting of the relief sought.

WHEREFORE, Defendants, Lottery.com, Inc. and Matthew McGahan, respectfully request this Court enter an Order granting Defendants an extension of time, through and including Thursday, June 27, 2024, in which to respond to the Complaint.

Respectfully submitted,

THE ALDERMAN LAW FIRM
*Attorneys for Lottery.com, Inc. and*
*Matthew McGahan*
9999 NE 2nd Avenue, Suite 211
Miami Shores, Florida 33138
Telephone:305-200-5473
Facsimile: 305-200-5474
E-Mail:      jalderman@thealdermanlawfirm.com
            ttolentino@thealdermanlawfirm.com

By: */s/ Jason R. Alderman*
    Jason R. Alderman
    Florida Bar No. 172375
    Troy A. Tolentino
    Florida Bar No. 117981

Unique Code : CAA-FAA-BCABB-IACBBGFB-JCCCAA-C Page 3 of 3

**<u>CERTIFICATE OF SERVICE</u>**

    **WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Florida E-portal to all persons registered to receive service on this case, on this 30th day of May 2024.

By: *<u>/s/ Jason R. Alderman</u>*
     Jason R. Alderman

Filing # 200038652 E-Filed 06/06/2024 09:09:30 PM

Unique Code : CAA-FAA-BCABB-IADJFIJA-JCCCAB-C Page 1 of 2

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. <u>**CACE24006003**</u>   DIVISION: <u>**08**</u>   JUDGE: <u>**Haimes, David A. (08)**</u>

**Sharon A. Mcturk, et al**

Plaintiff(s) / Petitioner(s)

v.

**Lottery.com, Inc., et al**

Defendant(s) / Respondent(s)

_____/

<u>**AGREED ORDER ON DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT**</u>

    **THIS CAUSE**  comes before the Court on the parties' agreement on Defendants, Lottery.com, Inc., and Matthew McGahan's (collectively, "Defendants") Motion for Extension of Time to Respond to Complaint (the "Motion"). Being duly advised and the parties having reached an agreement on this matter, it is:

    **ORDERED AND ADJUDGED** as follows:

    1. The Motion is granted.  Defendants shall respond to the Complaint on or before June 27, 2024.

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>6th day of June, 2024</u>.

CACE24006003 06-06-2024 1:13 PM

<u>CACE24006003 06-06-2024 1:13 PM</u>
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Jason R Alderman , E-mail : service-1562@ecf.pacerpro.com

*** FILED: BROWARD COUNTY, FL, BRENDA D. FORMAN, CLERK 06/06/2024 09:09:32 PM.****

I HEREBY ATTEST THAT THIS CERTIFIED DOCUMENT IS
A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD
WITH BROWARD COUNTY CLERK OF COURTS.

VERIFY AT: HTTPS://WWW.BROWARDCLERK.ORG/ECERTIFY



Digitally signed by The Honorable Brenda D. Forman
Date: 2024.06.10 11:04:02 -04:00
Reason: Electronic Certified Copy
Location: 201 S.E. 6th Street, Fort Lauderdale, FL
33301

**Unique Code : CAA-FAA-BCABB-IADJFIJA-JCCCAB-C Page 2 of 2**

Case Number: CACE24006003

Jason R Alderman , E-mail : service@thealdermanlawfirm.com
Jason R Alderman , E-mail : jalderman@thealdermanlawfirm.com
Matias Rafael Dorta , E-mail : sgutierrez@dortalaw.com
Matias Rafael Dorta , E-mail : mrd@dortalaw.com
Matias Rafael Dorta , E-mail : jgonzalez@dortalaw.com