**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60993-CIV-DAMIAN**

**SHARON A. MCTURK**, *et al.*,

Plaintiffs,

v.

**LOTTERY.COM, INC.**, and
**MATTHEW MCGAHAN**,

Defendants.

_______________________________________/

# DECLARATION OF MATTHEW HOWARD MCGAHAN

1. I am:

- Matthew Howard McGahan;
- more than 18 years of age;
- of sound mind;
- clearly remembering the subject matter of my statements in this Declaration; and
- competent to make this Declaration and to testify to the matters stated herein.

I declare, certify, verify, and state under the penalty of perjury under the laws of the State of Florida and pursuant to 28 U.S.C. § 1746, related to unsworn declarations, that the statements contained herein are true and correct and within my personal knowledge acquired through my:

- role as the Chairman of the Board for Lottery.com, Inc.; and
- personal participation, observation, or interactions.

2. Since at least January 21, 2020, I have been a Citizen of United Kingdom and a resident of the United Arab Emirates. A true and correct copy of my passport photo page is attached as Exhibit 1. A true and correct copy of my UAE *Residence* cards are attached as Exhibit 2.

3. I had never set foot in the State of Florida until June 18, 2023. When I have been physically present in Florida, I've never had the intent to remain in Florida permanently, to make Florida my home, or make Florida my legal residence. I never communicated with Plaintiff Sharon McTurk until she approached me at the Remembrance Service for Ronald Farah in Florida in September, 2023.

4. I do not hold any license or permit issued by the State of Florida. I do not own any real property in Florida. I have never registered to vote. I have never done any business on my own behalf in Florida. I have never been assessed or paid taxes in the State of Florida. I have never maintained a bank account in the State of Florida. I have never maintained a telephone or telephone listing in a telephone directory in the State of Florida. I have never applied for or received any benefits from the State of Florida.

5. I have been in and out of Florida since March, 2024, but that is attributable to my plans to be in several States in the U.S. through September, 2024, for holiday and on Lottery.com business. In September, I will return to Europe, where my stay will include a trip to Slovenia for my daughter's wedding, and eventually returning to my residence in the UAE.

6. I have reviewed Plaintiffs' allegations in the *Complaint* in this Case, including the Letter attached to the *Complaint* as Exhibit A. Certain actions Plaintiffs' attribute to me did not occur, and anything that did occur happened: 1) while I was outside Florida; 2) solely within my capacity as Chairman of Lottery.com; 3) solely on behalf of Lottery.com.; and 4) not for my own benefit.

Signed on July 2, 2024.

/s/ *Matthew Howard McGahan*
Matthew Howard McGahan, Declarant

# Exhibit 1



THIS PAGE IS RESERVED FOR OFFICIAL OBSERVATIONS
CETTE PAGE EST RESERVEE AUX OBSERVATIONS OFFICIELLES (11)

*THERE ARE NO OFFICIAL OBSERVATIONS*

UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND

PASSPORT
PASSEPORT

Type/Type: P
Code/Code: GBR
Passport No./Passeport No.: [redacted]9536
Surname/Nom (1): MCGAHAN
Given names/Prénoms (2): MATTHEW HOWARD
Nationality/Nationalité (3): BRITISH CITIZEN
Date of birth/Date de naissance (4): 18 NOV /NOV 69
Sex/Sexe (5): M
Place of birth/Lieu de naissance (6): TONBRIDGE
Date of issue/Date de délivrance (7): 30 JUN /JUIN 15
Authority/Autorité (8): IPS
Date of expiry/Date d'expiration (9): 30 OCT /OCT 25
Holder's signature/Signature du titulaire (10)

P<GBRMCGAHAN<<MATTHEW<HOWARD<<<<<<<<<<<<<<<<<
[redacted]0309<<<<<<<<<<<<<<08

# Exhibit 2

UAE
27 NOV 2020
28759 ENTRY

UAE
09 APR 2020
27324 EXIT

UAE
22 JUL 2020
28299 ENTRY

UAE
16 OCT 2021
28801 ENTRY

دولة الامارات العربية المتحدة
**UNITED ARAB EMIRATES**

اقامة
**RESIDENCE**

استو فيت الرسوم

إقامة جديد



الرقم الموحد U.I.D. No: [redacted]5671 م

دبي
DUBAI
جهة الإصدار Place of Issue

عدد المرافقين Accompanied by

الملف File: [redacted]5522

رقم الجواز Passport No: [redacted]9536

الاسم Name: ماثيو هوارد مكجاهان
MATTHEW HOWARD MCGAHAN

المهنة Profession: بائع
SALES

الكفيل Sponsor: هيرمس كوموديتيز م.د.م.س-دبي للسلع
HERMES COMMODITIES DMCC

تاريخ الانتهاء Expiry Date: 2023/01/20

تاريخ إصدار الإقامة Issue Date: 2020/01/21

التوقيع Sign.

تعتبر الإقامة لاغية اذا تجاوز حاملها الاقامة خارج دولة الامارات مدة ستة اشهر
Residence Permit becomes invalid if bearer resides out of the U.A.E. for more than six months.

# Exhibit 2

دولة الامارات العربية المتحدة
UNITED ARAB EMIRATES

إقامة
RESIDENCE



| | | |
|---|---|---|
| الرقم الموحد: U.I.D.No | رقم الهوية | [redacted]2982 |
| الملف: File | | [redacted]5522 |
| جهة الاصدار: Place of Issue | دبي Dubai | |
| رقم الجواز: Passport No | | [redacted]9536 |
| عدد المرافقين: Accompanied by | | |
| الإسم: Name | ماثيو هوارد مكجاهان | MATTHEW HOWARD MCGAHAN |
| المهنة: Profession | بائع | SALES |
| الكفيل: Sponsor | هيرمس كوموديتيز م.د.م.س | HERMES COMMODITIES DMCC |
| تاريخ إصدار الإقامة: Issue Date | | 2023/01/21 |
| تاريخ الانتهاء: Expiry Date | | 2025/01/20 |
| التوقيع: Sign. | | |

تعتبر الإقامة لاغية اذا تجاوز حاملها الاقامة خارج دولة الإمارات مدة ستة اشهر

Residence Permit Become invalid bearer resides out of U.A.E for more than six months.