**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60993-CIV-DAMIAN**

**SHARON A. MCTURK**, *et al.*,

Plaintiffs,

v.

**LOTTERY.COM, INC.**, and
**MATTHEW MCGAHAN**,

Defendants.
___________________________________/

**ORDER GRANTING MOTION TO DISMISS**

THIS CAUSE having come before the Court on *Defendant McGahan's Motion to Dismiss for Lack of Personal Jurisdiction Defendants' Lottery.com and McGahan's Motion to Dismiss for Failure to State a Claim* [ECF No. 11] (the "Motion") and this Court having considered the Motion, response, and reply, it is hereby, ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

The Court lacks personal jurisdiction over Defendant Matthew McGahan. Therefore, McGahan is dismissed from this Case.
**[or]**

Plaintiffs Sharon A. McTurk, Rutherford Enterprises, LLC, SJB Solutions, LLC, and Astra Supply Chain, LLC's claims against Defendants' Lottery.com and Matthew McGahan are dismissed with prejudice. Therefore:

- Plaintiffs recover nothing;
- this action against Defendants' Lottery.com and Matthew McGahan is dismissed with prejudice; and
- Defendants' Lottery.com and Matthew McGahan recover costs from Plaintiffs Sharon A. McTurk, Rutherford Enterprises, LLC, SJB Solutions, LLC, and Astra Supply Chain, LLC, jointly and severally.

DONE AND ORDERED in Chambers at ___________________________, Florida, this day of __________, 2024.

___________________________
United States District Judge

Copies furnished to: All Counsel of Record